UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03724-SHK | Date: | August 27, 2021 |
| Title: | *Barbara A. Samuels v. Kilolo Kijakazi, Acting Comm'r of Soc. Sec. Admin.* | | |

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**   Order To Show Cause

     On May 2, 2021, Plaintiff Barbara A. Samuels ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner" or "Defendant").  Electronic Case Filing Number ("ECF No.") 1, Compl.  On May 4, 2021, the Court issued its Case Management Order ("CMO") and, in pertinent part, ordered Defendant to serve a copy of the certified administrative record ("CAR") on Plaintiff within ninety days from service of the Complaint.  See ECF No. 7, CMO at 1.  Plaintiff filed a Proof of Service ("POS") indicating that Defendant was served on May 17, 2021, and May 18, 2021.  See ECF No. 9, POS at 4-6.  Pursuant to the CMO, service of the CAR was due ninety days later on August 16, 2021.  Defendant, however, has not filed a POS of the CAR on Plaintiff as required by the CMO.

     Consequently, Defendant is **ORDERED TO SHOW CAUSE** by **September 3, 2021** why default should not be entered against Defendant for failing to timely serve the CAR on Plaintiff as ordered.  Defendant is warned that **failure to timely respond to this order may result in default being entered against Defendant.**

     **IT IS SO ORDERED.**