JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
  25350 Magic Mountain Pkwy Suite 300
  Valencia, CA   91355
  Tel:   (818) 905 6611
  Fax:   (818) 789 1375
  Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SAMUELS | CASE NO. 2:21-cv-03724-DMG-SHK |
| Plaintiff, | [PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |
| vs. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY | |
| Defendant | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,229.71 in attorney's fees as authorized by 28 U.S.C. § 2412, and $402.00 for costs as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated:    12/13/2022

HON. SHASHI H. KEWALRAMANI
U.S. Magistrate Judge

\#